**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| PAUL J ANKUDA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-11965-JEK |
| | ) | |
| COMMONWEALTH OF | ) | |
| MASSACHUSETTS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**KOBICK, J.**

On July 10, 2025, Paul J. Ankuda, who is representing himself in this action, filed a two-page document in which he makes allegations concerning a pending state criminal prosecution against him and conditions of confinement at Bridgewater State Hospital. ECF 1 at 1-2. Ankuda did not pay a filing fee or file a motion for leave to proceed *in forma pauperis*.

Because it is unclear what claims Ankuda is asserting or what relief he seeks in this action, the court DISMISSES this case without prejudice. To the extent Ankuda is challenging the fact or duration of confinement, he may do so by filing a petition for a writ of habeas corpus. *See McDonough v. Smith*, 588 U.S. 109, 118 n.6 (2019) ("Congress has determined that a petition for writ of habeas corpus, not a [civil rights] action, 'is the appropriate remedy for state prisoners attacking the validity of the fact or length of their confinement,' . . . including confinement pending trial before any conviction has occurred." (quoting *Preiser v. Rodriguez*, 411 U.S. 475, 490

(1973))).[1] If Ankuda wishes to bring a non-habeas civil action, he may do so by filing a civil complaint and either paying the $405 filing fee or filing a motion for leave to proceed *in forma pauperis*.[2]

      SO ORDERED.

          /s/ Julia E. Kobick
          JULIA E. KOBICK
          UNITED STATES DISTRICT JUDGE

Dated: June 16, 2026

---

[1] The Court notes that, after commencing this action, Ankuda commenced a new action by filing a pleading using a form for a petition for a writ of habeas corpus under 28 U.S.C. § 2241. *See Ankuda v. Commonwealth*, No. 25-cv-12180-ADB (D. Mass.).

[2] If Ankuda is pretrial detainee or serving a criminal custodial sentence, he must include a six-month prison account statement with the *in forma pauperis* motion. *See* 28 U.S.C. § 1915(a)(2).